# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: MECOZZI, THOMAS GERALD        §    Case No. 08-71501
       MECOZZI, LESLIE ANN        §
       §
Debtors MCKILLOP, LESLIE        §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on May 13, 2008. The undersigned trustee was appointed on May 13, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $_____10,001.70

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Administrative expenses | 7.96 |
| Payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Leaving a balance on hand of   $ | 9,993.74 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

6. The deadline for filing claims in this case was 03/23/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,750.17. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,750.17, for a total compensation of $1,750.17. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $51.06, for total expenses of $51.06.

Pursuant to Fed R. Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/09/2009          By: /s/ JOSEPH D. OLSEN
                               Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-71501
Case Name:  MECOZZI, THOMAS GERALD
       MECOZZI, LESLIE ANN
Period Ending: 07/08/09

Trustee:    (330400)   JOSEPH D. OLSEN
Filed (f) or Converted (c):   05/13/08 (f)
§341(a) Meeting Date:   07/03/08
Claims Bar Date:   03/23/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | (Debtor's Residence) 305 Grissom Ct Hoffman Esta | 336,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | (Debtor is co-signed on home for mother Fee Simp | 164,886.00 | 0.00 | | 10,000.00 | FA |
| 3 | Checking Account | 1,965.00 | 0.00 | DA | 0.00 | FA |
| 4 | HHG/furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books/pictures/etc. | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension | 121,641.00 | 0.00 | DA | 0.00 | FA |
| 10 | Automobiles | 7,335.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.70 | Unknown |
| 11 | Assets    Totals (Excluding unknown values) | $634,327.00 | $0.00 | | $10,001.70 | $0.00 |

**Major Activities Affecting Case Closing:**

Only asset Trustee administered was a one-half interest in a condominium in Schaumburg (Chicago area), Illinois. It was occupied by the Debtor's mother and encumbered by a first and second mortgage. The Trustee sold the Debtor's one-half net equity in the property back to the Debtor for the sum of $10,000.00 pursuit to a compromise to a controversy. The Trustee is in the process of preparing the final report. All matters have been resolved.

Initial Projected Date Of Final Report (TFR):   June 30, 2009        Current Projected Date Of Final Report (TFR):   June 30, 2009

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-71501 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | MECOZZI, THOMAS GERALD | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MECOZZI, LESLIE ANN | | Account: | ***-*****20-65 - Money Market Account |
| Taxpayer ID #: | 38-6872891 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 07/08/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/09 | {2} | Leslie A. Mecozzi | | 1110-000 | 10,000.00 | | 10,000.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 10,000.05 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,000.48 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,000.88 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,001.27 |
| 06/05/09 | | To Account #*******2066 | Bond premimum pymt | 9999-000 | | 7.96 | 9,993.31 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 9,993.74 |
| | | | **ACCOUNT TOTALS** | | 10,001.70 | 7.96 | $9,993.74 |
| | | | Less: Bank Transfers | | 0.00 | 7.96 | |
| | | | **Subtotal** | | 10,001.70 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$10,001.70** | **$0.00** | |

{} Asset reference(s)

Printed: 07/08/2009 12:28 PM    V.11.21

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-71501 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** MECOZZI, THOMAS GERALD | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| MECOZZI, LESLIE ANN | **Account:** ***-*****20-66 - Checking Account |
| **Taxpayer ID #:** 38-6872891 | **Blanket Bond:** $1,500,000.00  (per case limit) |
| **Period Ending:** 07/08/09 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/09 | | From Account #*********2065 | Bond premimum pymt | 9999-000 | 7.96 | | 7.96 |
| 06/05/09 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #08-71501, Bond #016018067 | 2300-000 | | 7.96 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 7.96 | 7.96 | $0.00 |
| Less: Bank Transfers | 7.96 | 0.00 | |
| **Subtotal** | 0.00 | 7.96 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $7.96 | |

| | |
|---|---|
| Net Receipts : | 10,001.70 |
| Net Estate : | $10,001.70 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****20-65 | 10,001.70 | 0.00 | 9,993.74 |
| Checking # ***-*****20-66 | 0.00 | 7.96 | 0.00 |
| | $10,001.70 | $7.96 | $9,993.74 |

{} Asset reference(s)

Printed: 07/08/2009 12:28 PM    V.11.21

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 23, 2009

**Case Number:** 08-71501
**Debtor Name:** MECOZZI, THOMAS GERALD

Page: 1

**Date:** July 8, 2009
**Time:** 12:28:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $1,750.17 | $0.00 | 1,750.17 |
| 200 | JOSEPH D. OLSEN<br>1318 EAST STATE STREET<br>ROCKFORD, IL 61104-2228 | Admin Ch. 7 | | $51.06 | $0.00 | 51.06 |
| 200 | Yalden, Olsen & Willette<br>1318 East State Street<br>Rockford, IL 61104 | Admin Ch. 7 | | $735.00 | $0.00 | 735.00 |
| 001 610 | PYOD, LLC<br>Washington Mutual<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | XXXX-3209 | $12,329.03 | $0.00 | 12,329.03 |
| 002 610 | PYOD, LLC<br>Citibank<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | XXXX-4199 | $27,229.43 | $0.00 | 27,229.43 |
| 003 610 | PYOD, LLC<br>Citibank<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | XX-3181 | $18,592.63 | $0.00 | 18,592.63 |
| 004 610 | PYOD, LLC<br>Citibank<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | XX0489 | $651.24 | $0.00 | 651.24 |
| 005 610 | Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | XX0489 | $8,866.28 | $0.00 | 8,866.28 |
| 006 610 | Discover Bank<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | XXX-0455 | $5,929.13 | $0.00 | 5,929.13 |
| 007 610 | Chase Bank<br>c/o Weinstein & Rieley, PS<br>2001 Western Avenue, #400<br>Seattle, WA 98121 | Unsecured | XXX3053 | $5,911.66 | $0.00 | 5,911.66 |
| 008 610 | Chase Bank<br>c/o Weisntein & Riely, PS<br>2001 Western Avenue, #400<br>Seattle, WA 98121 | Unsecured | XXX0906 | $9,599.68 | $0.00 | 9,599.68 |
| 009 610 | Chase Bank<br>c/o Weinstein & Riely, PS<br>2001 Western Avenue, #400<br>Seattle, WA 98121 | Unsecured | | $877.09 | $0.00 | 877.09 |

# EXHIBIT A
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** March 23, 2009

**Case Number:** 08-71501

**Debtor Name:** MECOZZI, THOMAS GERALD

**Page: 2**

**Date:** July 8, 2009
**Time:** 12:28:50 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---------|------------------------|------------|------------------------|----------------|--------------|---------------|
| 010 610 | American Express<br>c/o Becket & Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | 51004 | $340.51 | $0.00 | 340.51 |
| 011 610 | FIA Card Services<br>Bank of America<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | 8107 | $13,462.36 | $0.00 | 13,462.36 |
| 012 610 | FIA Card Services<br>Bank of America<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | XX0206 | $25,431.29 | $0.00 | 25,431.29 |
| 013 610 | American Express<br>Centurion Bank<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured | | $282.05 | $0.00 | 282.05 |
| << Totals >> | | | | 132,038.61 | 0.00 | 132,038.61 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-71501
Case Name: MECOZZI, THOMAS GERALD
Trustee Name: JOSEPH D. OLSEN

Claims of secured creditors will be paid as follows:

*Claimant*                                    *Proposed Payment*

                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | JOSEPH D. OLSEN | $ 1,750.17 | $ 51.06 |
| *Attorney for trustee* | Yalden, Olsen & Willette | $ 735.00 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | | $ | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| Attorney for debtor | _____ | $_____ | $_____ |
| Attorney for | _____ | $_____ | $_____ |
| Accountant for | _____ | $_____ | $_____ |
| Appraiser for | _____ | $_____ | $_____ |
| Other | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
| --- | --- | --- | --- |
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 129,502.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
| --- | --- | --- | --- |
| 001 | PYOD, LLC | $ 12,329.03 | $ 709.99 |
| 002 | PYOD, LLC | $ 27,229.43 | $ 1,568.03 |
| 003 | PYOD, LLC | $ 18,592.63 | $ 1,070.67 |
| 004 | PYOD, LLC | $ 651.24 | $ 37.50 |
| 005 | Discover Bank | $ 8,866.28 | $ 510.57 |
| 006 | Discover Bank | $ 5,929.13 | $ 341.43 |
| 007 | Chase Bank | $ 5,911.66 | $ 340.43 |
| 008 | Chase Bank | $ 9,599.68 | $ 552.81 |
| 009 | Chase Bank | $ 877.09 | $ 50.51 |
| 010 | American Express | $ 340.51 | $ 19.61 |
| 011 | FIA Card Services | $ 13,462.36 | $ 775.24 |

UST Form 101-7-TFR (4/1/2009)

| 012 | FIA Card Services | $ | 25,431.29 | $ | 1,464.48 |
| 013 | American Express | $ | 282.05 | $ | 16.24 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | | Allowed Amt. of Claim | Proposed Payment |
| | | N/A | | |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | | Allowed Amt. of Claim | Proposed Payment |
| | | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (4/1/2009)**