# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: MECOZZI, THOMAS GERALD § Case No. 08-71501
MECOZZI, LESLIE ANN §
§
Debtors MCKILLOP, LESLIE §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH D. OLSEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

*The Final Report shows receipts of*   $   10,001.70

*and approved disbursements of*   $   7.96

*leaving a balance of*   $   9,993.74

Claims of secured creditors will be paid as follows:

*Claimant*   *Proposed Payment*
N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | JOSEPH D. OLSEN | $ 1,750.17 | $ 51.06 |
| Attorney for trustee | Yalden, Olsen & Willette | $ 735.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

*Other* _____ $_____ $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Attorney for debtor* | $_____ | $_____ |
| *Attorney for* | $_____ | $_____ |
| *Accountant for* | $_____ | $_____ |
| *Appraiser for* | $_____ | $_____ |
| *Other* | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 129,502.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 001 | PYOD, LLC | $ 12,329.03 | $ 709.99 |
| 002 | PYOD, LLC | $ 27,229.43 | $ 1,568.03 |
| 003 | PYOD, LLC | $ 18,592.63 | $ 1,070.67 |
| 004 | PYOD, LLC | $ 651.24 | $ 37.50 |
| 005 | Discover Bank | $ 8,866.28 | $ 510.57 |
| 006 | Discover Bank | $ 5,929.13 | $ 341.43 |
| 007 | Chase Bank | $ 5,911.66 | $ 340.43 |
| 008 | Chase Bank | $ 9,599.68 | $ 552.81 |
| 009 | Chase Bank | $ 877.09 | $ 50.51 |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 010 | American Express | $ 340.51 | $ 19.61 |
| 011 | FIA Card Services | $ 13,462.36 | $ 775.24 |
| 012 | FIA Card Services | $ 25,431.29 | $ 1,464.48 |
| 013 | American Express | $ 282.05 | $ 16.24 |

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant                          Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:
211 South Court
Rockford, IL 61101

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/14/2009 in Courtroom 115, United States Courthouse,
211 South Court
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 07/08/2009          By: /s/JOSEPH D. OLSEN
                                              Trustee

JOSEPH D. OLSEN
1318 EAST STATE STREET
ROCKFORD, IL  61104-2228

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (4/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 1                   Date Rcvd: Jul 14, 2009
Case: 08-71501                Form ID: pdf006            Total Noticed: 32

The following entities were noticed by first class mail on Jul 16, 2009.
db/jdb       +Thomas Gerald Mecozzi,   Leslie Ann Mecozzi,   10782 Capital Lane,   Huntley, IL 60142-4002
aty          +Craig A Willette,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
aty          +Joseph D. Olsen,   Yalden, Olsen & Willette,   1318 East State Street,   Rockford, IL 61104-2228
aty          +Ronald P Strojny Jr,   Law Office of Peter Francis Geraci,   55 E. Monroe St. Suite #3400,
               Chicago, IL 60603-5920
tr           +Joseph D Olsen,   Yalden Olsen & Willette,   1318 E State Street,   Rockford, IL 61104-2228
12230585     +American Express,   Bankruptcy Department,   PO Box 650448,   Dallas, TX 75265-0448
13646160      American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
13586738      American Express Centurion Bank,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
12230573     +Bank of America,   Bankruptcy Department,   PO Box 15726,   Wilmington, DE 19886-5726
13026969     +CHASE BANK USA,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
               SEATTLE, WA 98121-3132
12230571     +Capital One,   Bankruptcy Department,   PO Box 5294,   Carol Stream, IL 60197-5294
12230569     +Chase,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153
12230579     +Chase Home Finance,   Bankruptcy Department,   PO Box 24696,   Columbus, OH 43224-0696
12230577     +Citi Cards,   Bankruptcy Department,   PO Box 688907,   Des Moines, IA 50368-8907
12230575     +Citi Cards,   Bankruptcy Department,   PO Box 688912,   Des Moines, IA 50368-8912
12230576      Client Services, Inc.,   Bankruptcy Department,   3451 Harry S. Truman Blvd.,
               St. Charles, MO 63301-4047
13624381      FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
               Oklahoma City, OK 73124-8809
12230583     +Harris Bank,   Attn: Bankruptcy Dept.,   3800 Golf Rd,   Rolling Meadows, IL 60008-4005
12230565     +IC Systems Inc.,   Bankruptcy Department,   444 Highway 96E,   Saint Paul, MN 55127-2557
12230586     +Nationwide Credit Inc.,   Bankruptcy Department,   PO Box 740640,   Atlanta, GA 30374-0640
12230572     +Nelson, Watson & Associates,   Bankruptcy Department,   80 Merrimack St., Lower Level,
               Haverhill, MA 01830-5211
12998208      PYOD LLC its successors and assigns as assignee of,   Citibank,   Resurgent Capital Services,
               PO Box 10587,   Greenville, SC 29603-0587
12998206      PYOD LLC its successors and assigns as assignee of,   Washington Mutual,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12230582     +Raynette McKillop,   305 Grissom Ct.,   Hoffman Estates, IL 60169-1669
12230581     +Regions Bank,   Attn: Bankruptcy Dept.,   PO Box 2153,   Birmingham, AL 35201-2153
12230588     +Sears,   Bankruptcy Department,   PO Box 6276,   Sioux Falls, SD 57117-6276
12230566     +Target National Bank,   Bankruptcy Dept.,   PO Box 59317,   Minneapolis, MN 55459-0317
12230587      Total Credit Recovery USA Grou,   Bankruptcy Dept,   PO Box 740640,   Buffalo, NY 14240
12230564     +Washington Mutual Card Svcs.,   Bankruptcy Department,   PO Box 660433,   Dallas, TX 75266-0433

The following entities were noticed by electronic transmission on Jul 15, 2009.
12230568      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 15 2009 02:41:01      Discover Card,
               Bankruptcy Department,   PO Box 30395,   Salt Lake City, UT 84130
12230567      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 15 2009 02:41:01      Discover Financial,
               Attn: Bankruptcy Dept.,   PO Box 8003,   Hilliard, OH 43026
13020499      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 15 2009 02:41:01
               Discover Bank/DFS Serivces LLC,   P.O. Box 3025,   New Albany, OH 43054-3025
                                                                                                TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12230574*    +Bank of America,   Bankruptcy Department,   PO Box 15726,   Wilmington, DE 19886-5726
12230570*    +Chase,   Bankruptcy Department,   PO Box 15153,   Wilmington, DE 19886-5153
12230580*    +Chase Home Finance,   Bankruptcy Department,   PO Box 24696,   Columbus, OH 43224-0696
12230578*     Client Services, Inc.,   Bankruptcy Department,   3451 Harry S. Truman Blvd.,
               St. Charles, MO 63301-4047
12230584*    +Raynette McKillop,   305 Grissom Ct.,   Hoffman Estates, IL 60169-1669
                                                                                               TOTALS: 0, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 16, 2009**          **Signature:** *Joseph Speetjens*