# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: MECOZZI, THOMAS GERALD | § | Case No. 08-71501 |
| MECOZZI, LESLIE ANN | § | |
| | § | |
| Debtor(s) MCKILLOP, LESLIE | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $469,441.00 | Assets Exempt: $160,906.00 |
| Total Distribution to Claimants: $7,457.51 | Claims Discharged Without Payment: $122,044.87 |
| Total Expenses of Administration: $2,544.19 | |

3) Total gross receipts of $ 10,001.70 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,001.70 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 2,544.19 | 2,544.19 | 2,544.19 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (fromExhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (fromExhibit 7) | 0.00 | 129,502.38 | 129,502.38 | 7,457.51 |
| TOTAL DISBURSEMENTS | $0.00 | $132,046.57 | $132,046.57 | $10,001.70 |

4) This case was originally filed under Chapter 7 on May 13, 2008.
. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/14/2010 _____ By: /s/JOSEPH D. OLSEN _____
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| (Debtor is co-signed on home for mother Fee Simp | 1110-000 | 10,000.00 |
| Interest Income | 1270-000 | 1.70 |
| TOTAL GROSS RECEIPTS | | $10,001.70 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES | | | $0.00 |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | N/A | | | | |
| TOTAL SECURED CLAIMS | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH D. OLSEN | 2100-000 | N/A | 1,750.17 | 1,750.17 | 1,750.17 |
| JOSEPH D. OLSEN | 2200-000 | N/A | 51.06 | 51.06 | 51.06 |
| Yalden, Olsen & Willette | 3110-000 | N/A | 735.00 | 735.00 | 735.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 7.96 | 7.96 | 7.96 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 2,544.19 | 2,544.19 | 2,544.19 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PYOD, LLC | 7100-000 | N/A | 12,329.03 | 12,329.03 | 709.99 |
| PYOD, LLC | 7100-000 | N/A | 27,229.43 | 27,229.43 | 1,568.03 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| PYOD, LLC | 7100-000 | N/A | 18,592.63 | 18,592.63 | 1,070.67 |
| PYOD, LLC | 7100-000 | N/A | 651.24 | 651.24 | 37.50 |
| Discover Bank | 7100-000 | N/A | 8,866.28 | 8,866.28 | 510.57 |
| Discover Bank | 7100-000 | N/A | 5,929.13 | 5,929.13 | 341.43 |
| Chase Bank | 7100-000 | N/A | 5,911.66 | 5,911.66 | 340.43 |
| Chase Bank | 7100-000 | N/A | 9,599.68 | 9,599.68 | 552.81 |
| Chase Bank | 7100-000 | N/A | 877.09 | 877.09 | 50.51 |
| American Express | 7100-000 | N/A | 340.51 | 340.51 | 19.61 |
| FIA Card Services | 7100-000 | N/A | 13,462.36 | 13,462.36 | 775.24 |
| FIA Card Services | 7100-000 | N/A | 25,431.29 | 25,431.29 | 1,464.48 |
| American Express | 7100-000 | N/A | 282.05 | 282.05 | 16.24 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 0.00 | 129,502.38 | 129,502.38 | 7,457.51 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 08-71501

Case Name:   MECOZZI, THOMAS GERALD
             MECOZZI, LESLIE ANN

Period Ending: 01/14/10

Trustee:   (330400)   JOSEPH D. OLSEN

Filed (f) or Converted (c):   05/13/08 (f)

§341(a) Meeting Date:   07/03/08

Claims Bar Date:   03/23/09

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | (Debtor's Residence) 305 Grissom Ct Hoffman Esta | 336,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | (Debtor is co-signed on home for mother Fee Simp | 164,886.00 | 0.00 | | 10,000.00 | FA |
| 3 | Checking Account | 1,965.00 | 0.00 | DA | 0.00 | FA |
| 4 | HHG/furnishings | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | Books/pictures/etc. | 150.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | Jewelry | 250.00 | 0.00 | DA | 0.00 | FA |
| 8 | Term Life Insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 9 | Pension | 121,641.00 | 0.00 | DA | 0.00 | FA |
| 10 | Automobiles | 7,335.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.70 | FA |
| 11 | Assets       Totals (Excluding unknown values) | $634,327.00 | $0.00 | | $10,001.70 | $0.00 |

**Major Activities Affecting Case Closing:**

Only asset Trustee administered was a one-half interest in a condominium in Schaumburg (Chicago area), Illinois. It was occupied by the Debtor's mother and encumbered by a first and second mortgage. The Trustee sold the Debtor's one-half net equity in the property back to the Debtor for the sum of $10,000.00 pursuit to a compromise to a controversy. The Trustee is in the process of preparing the final report. All matters have been resolved.

Initial Projected Date Of Final Report (TFR):   June 30, 2009          Current Projected Date Of Final Report (TFR):   September 14, 2009  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-71501 | | Trustee: | JOSEPH D. OLSEN (330400) |
| Case Name: | MECOZZI, THOMAS GERALD | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MECOZZI, LESLIE ANN | | Account: | ***-*****20-65 - Money Market Account |
| Taxpayer ID #: | 38-6872891 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 01/14/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/20/09 | {2} | Leslie A. Mecozzi | | 1110-000 | 10,000.00 | | 10,000.00 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.05 | | 10,000.05 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,000.48 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.40 | | 10,000.88 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.39 | | 10,001.27 |
| 06/05/09 | | To Account #********2066 | Bond premimum pymt | 9999-000 | | 7.96 | 9,993.31 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 9,993.74 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,994.16 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.42 | | 9,994.58 |
| 09/15/09 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -0.84 | | 9,993.74 |
| 09/15/09 | | To Account #********2066 | Transfer funds for Distribution | 9999-000 | | 9,993.74 | 0.00 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.19 | | 0.19 |
| 11/10/09 | Int | JPMORGAN CHASE BANK, N.A. | Reverse Interest Posting | 1270-000 | -0.19 | | 0.00 |

|  | | Receipts | Disbursements | Balance |
|---|---|---|---|---|
| ACCOUNT TOTALS | | 10,001.70 | 10,001.70 | $0.00 |
| Less: Bank Transfers | | 0.00 | 10,001.70 | |
| Subtotal | | 10,001.70 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $10,001.70 | $0.00 | |

{} Asset reference(s)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-71501 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | MECOZZI, THOMAS GERALD | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MECOZZI, LESLIE ANN | | Account: | ***-*****20-66 - Checking Account |
| Taxpayer ID #: | 38-6872891 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 01/14/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 06/05/09 | | From Account #*********2065 | Bond premimum pymt | 9999-000 | 7.96 | | 7.96 |
| 06/05/09 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/05/2009 FOR CASE #08-71501, Bond #016018067 | 2300-000 | | 7.96 | 0.00 |
| 09/15/09 | | From Account #*********2065 | Transfer funds for Distribution | 9999-000 | 9,993.74 | | 9,993.74 |
| 09/15/09 | 102 | JOSEPH D. OLSEN | Dividend paid 100.00% on $1,750.17, Trustee Compensation; Reference: | 2100-000 | | 1,750.17 | 8,243.57 |
| 09/15/09 | 103 | Yalden, Olsen & Willette | Dividend paid 100.00% on $735.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 735.00 | 7,508.57 |
| 09/15/09 | 104 | JOSEPH D. OLSEN | Dividend paid 100.00% on $51.06, Trustee Expenses; Reference: | 2200-000 | | 51.06 | 7,457.51 |
| 09/15/09 | 105 | PYOD, LLC | Dividend paid 5.75% on $12,329.03; Claim# 001; Filed: $12,329.03; Reference: XXXX-3209 | 7100-000 | | 709.99 | 6,747.52 |
| 09/15/09 | 106 | PYOD, LLC | Dividend paid 5.75% on $27,229.43; Claim# 002; Filed: $27,229.43; Reference: XXXX-4199 | 7100-000 | | 1,568.03 | 5,179.49 |
| 09/15/09 | 107 | PYOD, LLC | Dividend paid 5.75% on $18,592.63; Claim# 003; Filed: $18,592.63; Reference: XX-3181 | 7100-000 | | 1,070.67 | 4,108.82 |
| 09/15/09 | 108 | PYOD, LLC | Dividend paid 5.75% on $651.24; Claim# 004; Filed: $651.24; Reference: XX0489 | 7100-000 | | 37.50 | 4,071.32 |
| 09/15/09 | 109 | Discover Bank | Dividend paid 5.75% on $8,866.28; Claim# 005; Filed: $8,866.28; Reference: XX0489 | 7100-000 | | 510.57 | 3,560.75 |
| 09/15/09 | 110 | Discover Bank | Dividend paid 5.75% on $5,929.13; Claim# 006; Filed: $5,929.13; Reference: XXX-0455 | 7100-000 | | 341.43 | 3,219.32 |
| 09/15/09 | 111 | Chase Bank | Dividend paid 5.75% on $5,911.66; Claim# 007; Filed: $5,911.66; Reference: XXX3053 | 7100-000 | | 340.43 | 2,878.89 |
| 09/15/09 | 112 | Chase Bank | Dividend paid 5.75% on $9,599.68; Claim# 008; Filed: $9,599.68; Reference: XXX0906 | 7100-000 | | 552.81 | 2,326.08 |
| 09/15/09 | 113 | Chase Bank | Dividend paid 5.75% on $877.09; Claim# 009; Filed: $877.09; Reference: | 7100-000 | | 50.51 | 2,275.57 |
| 09/15/09 | 114 | American Express | Dividend paid 5.75% on $340.51; Claim# 010; Filed: $340.51; Reference: 51004 | 7100-000 | | 19.61 | 2,255.96 |
| 09/15/09 | 115 | FIA Card Services | Dividend paid 5.75% on $13,462.36; Claim# 011; Filed: $13,462.36; Reference: 8107 | 7100-000 | | 775.24 | 1,480.72 |
| 09/15/09 | 116 | FIA Card Services | Dividend paid 5.75% on $25,431.29; Claim# 012; Filed: $25,431.29; Reference: XX0206 | 7100-000 | | 1,464.48 | 16.24 |
| 09/15/09 | 117 | American Express | Dividend paid 5.75% on $282.05; Claim# 013; Filed: $282.05; Reference: | 7100-000 | | 16.24 | 0.00 |

Subtotals :        $10,001.70        $10,001.70

{} Asset reference(s)

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-71501 | **Trustee:** JOSEPH D. OLSEN (330400) |
| **Case Name:** MECOZZI, THOMAS GERALD | **Bank Name:** JPMORGAN CHASE BANK, N.A. |
| MECOZZI, LESLIE ANN | **Account:** ***-*****20-66 - Checking Account |
| **Taxpayer ID #:** 38-6872891 | **Blanket Bond:** $1,500,000.00 (per case limit) |
| **Period Ending:** 01/14/10 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 10,001.70 | 10,001.70 | $0.00 |
| | | | Less: Bank Transfers | | 10,001.70 | 0.00 | |
| | | | Subtotal | | 0.00 | 10,001.70 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $10,001.70 | |

| Net Receipts : | 10,001.70 |
|---|---|
| Net Estate : | $10,001.70 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****20-65 | 10,001.70 | 0.00 | 0.00 |
| Checking # ***-*****20-66 | 0.00 | 10,001.70 | 0.00 |
| | $10,001.70 | $10,001.70 | $0.00 |

{} Asset reference(s)